UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 07-15-DLB-4

UNITED STATES OF AMERICA                                                    PLAINTIFF

vs.                                            **ORDER**

TIMOTHY M. CHANDLEY                                                         DEFENDANT

\* \* \* \* \* \* \*

This matter is before the Court upon the Amended Report and Recommendation of the United States Magistrate Judge wherein he recommends that the Court revoke Defendant's supervised release and impose a sentence of six (6) months imprisonment, followed by thirty-six (36) months of supervised release. (Doc. #210). At a final revocation hearing conducted by Magistrate Judge Atkins on January 27, 2010, the Defendant stipulated to the violations described in the September 8, 2009 Probation Violation Report and knowingly waived his right to allocation before the United States District Court prior to final sentencing. The Court noting that the Defendant has not filed any objections to the Magistrate Judge's Report and Recommendation, and being otherwise sufficiently advised;

**IT IS ORDERED** as follows:

1. The Amended Report and Recommendation (Doc. #210) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

2. Defendant is found to have **VIOLATED** the terms of his supervised release as described in the September 8, 2009 Probation Violation Report;

3. Defendant's supervised release is hereby **REVOKED**;

4. Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **six (6) months**, and a **SUPERVISED RELEASE TERM** of **thirty-six (36) months** is imposed upon release;

5. Upon release from incarceration, the Defendant is required to complete an inpatient drug rehabilitation program at a facility to be designated by the United States Probation Office;

6. While on supervised release the Defendant:

    a. shall abstain from the use of alcohol;

    b. shall refrain from the use or unlawful possession of a narcotic drug or other controlled substance defined in 21 U.S.C. § 802 unless prescribed by a licensed medical practitioner;

    c. shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing which is required as a condition of release; and

    d. shall submit his person, residence and curtilage, office or vehicle to a search, upon the direction and discretion of the United States Probation Office.

7. A Judgment shall be entered concurrently herewith.

This 24th day of February, 2010.



G:\DATA\ORDERS\AshCrim\2007\07-15-Order-Adopting-SR-R&R-Chandley.wpd